NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASSA ABLOY AB,**
*Appellant*

v.

**SPECTRUM BRANDS, INC., UNIKEY TECHNOLOGIES, INC.,**
*Appellees*

---

2017-1817

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01562.

---

**JUDGMENT**

---

MICHAEL J. MCKEON, Fish & Richardson, PC, Washington, DC, argued for appellant. Also represented by CHRISTOPHER MARCHESE, CRAIG E. COUNTRYMAN, San Diego, CA.

MICHELLE ARMOND, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellee Spectrum Brands, Inc. Also represented by JEREMY ANGUS ANAPOL,

BRENTON R. BABCOCK, JOSEPH S. CIANFRANI, JOHN B. SGANGA, JR.

STEVEN M. BAUER, Proskauer Rose LLP, Boston, MA, for appellee UniKey Technologies, Inc.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  May 4, 2018  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |